UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SUMMIT ESTATE, INC.,**<br><br>Plaintiff,<br><br>vs.<br><br>**UNITEDHEALTHCARE INSURANCE COMPANY, ET. AL.,**<br><br>Defendants. | Case No.: 4:19-CV-06724-YGR<br><br>**ORDER (1) DENYING JOINT MOTION FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE; AND (2) CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiff Summit Estate, Inc. and Defendants UnitedHealthcare Insurance Company, United Healthcare Services, Inc. and United Behavioral Health have filed a joint request to appear telephonically at the first case management conference scheduled in this case, set for January 13, 2020, at 1:00 p.m. (Dkt. No. 14.) Counsel base the joint request on the inconvenience of traveling to the Oakland courthouse.

The joint request to appear by telephone is **DENIED**. Pursuant to the undersigned judge's Standing Order in Civil Cases, telephonic appearances are allowed at initial case management conferences only upon a compelling showing of good cause. The routine inconveniences of travel do not constitute good cause.

If the parties believe this action does not warrant the expense associated with their required presence, they may consider reassignment to any magistrate judge *of their choice* for all purposes

including entry of judgment. Local Rule 73-1(b). Profiles can be found at:
http://www.cand.uscourts.gov/judges. Magistrate judges in this district carry significant consent cases and are more flexible than the undersigned. Any joint request for reassignment to a magistrate should be filed no later than five (5) business days before the scheduled case management conference.

In light of the foregoing, the Court CONTINUES the case management conference to **2:00 p.m.** on **February 3, 2020** in Courtroom 1 of the federal courthouse, at 1301 Clay Street, Oakland, California.

This Order terminates Docket No. 14.

**IT IS SO ORDERED.**

Dated: January 9, 2019

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**