**IT IS SO ORDERED**

*Yvonne Gonzalez Rogers*
Judge Yvonne Gonzalez Rogers

7/23/2021

JOHN W. TOWER, ESQ. SBN106425
LAW OFFICE OF JOHN W. TOWER
2211 Encinitas Blvd, Second Floor
Encinitas, CA  92024
(760) 436-5589 / Fax (760) 479-0570
Towerlawsd@gmail.com

Attorney for Plaintiff
Summit Estate, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMMIT ESTATE, INC., | Civil No. 4:19-CV-06724-YGR |
| Plaintiff, | |
| vs. | **ORDER GRANTING JOINT MOTION FOR DISMISSAL OF CASE WITH PREJUDICE** |
| UNITEDHEALTHCARE INSURANCE COMPANY, ET. AL., | |
| | [FRCP 41(a)(1)] |
| Defendant. | |

**TO THE HONORABLE COURT:**

IT IS HEREBY STIPULATED by and between Plaintiff Summit Estate, Inc. and Defendants UnitedHealthcare Insurance Company, et. al., by and through their attorneys of record, that the above-referenced action be, and is hereby, dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). The parties further stipulate that each party shall bear its own attorneys' fees and costs.

Dated:  July 16, 2021                LAW OFFICE OF JOHN W. TOWER


                              By:  *s/ John W. Tower*
                                   JOHN W. TOWER
                                   Attorney for Plaintiff
                                   Summit Estate, Inc.

Dated:  July 16, 2021			WALRAVEN & WESTERFELD, LLP


					By:  *s/ Bryan S. Westerfeld*
					       BRYAN s. WESTERFELD
					       Attorney for Defendants
					       UnitedHealthcare Insurance Company, et al

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Bryan S. Westerfeld, counsel for Defendants UnitedHealthcare Insurance Company, et al, and that I have obtained Mr. Westerfeld's authorization to affix his electronic signature to this document.


					By:  *s/ John W. Tower*
					       JOHN W. TOWER
					       Attorney for Plaintiff
					       Summit Estate, Inc.